# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **AKINSANYA IDRISSA EL,,** <br> a/k/a **CARL L. BREWTON,** | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Petitioner, | ) <br> ) | 1:14-cv-00206 |
| vs. | ) <br> ) | |
| **SUPERIOR COURT** <br> **OF BUNCOMBE COUNTY,** | ) <br> ) <br> ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Order.

Signed: August 29, 2014

Frank G. Johns, Clerk
United States District Court